IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID JOE SMITH,** | Case No. CIV S-08-2352 KJM |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, et al.,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including July 2, 2009 (docket no. 14).

Dated: May 29, 2009.

_____
U.S. MAGISTRATE JUDGE