1

2

3

4

5

6

7                         IN THE UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9   DAVID JOE SMITH,

10          Petitioner,                    No. CIV S-08-2352 KJM P

11      vs.

12  JAMES A. YATES,

13          Respondent.                    ORDER

14  _____/

15          Petitioner has requested the appointment of counsel.  There currently exists no

16  absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

17  453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

18  any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

19  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

20  served by the appointment of counsel at the present time.

21          In the same motion, petitioner requested a postponement, although the reasons for

22  the request are not made clear.  Without additional information, the court declines to order a

23  postponement.

24  /////

25  /////

26  /////

Accordingly, IT IS HEREBY ORDERED that

1. Petitioner's requests for appointment of counsel and for a postponement (Docket No. 21) are denied without prejudice to a renewal of the motion at a later stage of the proceedings; and

2. Petitioner's opposition or statement of non-opposition to respondent's motion to dismiss is due within thirty days of the date of this order; petitioner's failure to file his opposition or otherwise respond to this order will result in a dismissal of this action.

DATED:  November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

2/kly/smit2352.110